# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JUDITH THOMAS<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FRONT RANGE OPPORTUNITIES, LLC<br><br>　　　Defendant. | Case No. 1:11-cv-1211-ELH |

## NOTICE OF SETTLEMENT

　　　Pursuant to Local Rule 111, counsel for Plaintiff hereby states:

　　　1.　　The above-captioned action has been settled.

　　　2.　　Each Party is to bear its own costs unless otherwise agreed.

　　　3.　　This action should be dismissed without prejudice to the right of a party to move for good cause within thirty (30) days to reopen this action if settlement is not consummated.

　　　4.　　If no party reopens this matter within the time period described hereinabove, the dismissal shall be with prejudice.

　　　WHEREFORE, it is respectfully requested that this Honorable Court issue a Settlement Order pursuant to Local Rule 111.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Z LAW, LLC

Dated: July 20, 2011　　　　　　　By:_____/s/_____28191_____
　　　　　　　　　　　　　　　　　　　　Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
　　　　　　　　　　　　　　　　　　　　10811 Red Run Blvd., Suite 204
　　　　　　　　　　　　　　　　　　　　Owings Mills, Maryland 21117
　　　　　　　　　　　　　　　　　　　　(443) 213-1977 – telephone
　　　　　　　　　　　　　　　　　　　clz@zlawmaryland.com

　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing Notice of Settlement to be served on this 20th day of July, 2011, by electronic mail at the request of attorney for Defendant to:

Ronald S. Canter, Esq.
The Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
rcanter@roncanterllc.com

**Attorneys for Defendant Front Range Opportunities, LLC**

/s/ 28191
Cory L. Zajdel